IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP R. SHAWE and<br>SHIRLEY SHAWE,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT B. PINCUS, ESQ., in his Official capacity as court-appointed custodian, and<br>JEFFREY W. BULLOCK, in his official capacity as Secretary of State for the State of Delaware,<br><br>Defendants. | Case No. 1:17-cv-00277-UNA |

**NOTICE OF CONSTITUTIONAL CHALLENGE OF STATE STATUTE**

Pursuant to Rule 5.1(a) of the Federal Rules of Civil Procedure, Plaintiffs, by and through their counsel, respectfully file this Notice of Constitutional Challenge of State Statute with the Court (the "Notice"). In support thereof Plaintiffs show as follows:

1. This action was instituted by Plaintiffs on March 15, 2017. Defendant Jeffrey W. Bullock accepted service on March 16, 2017 and Defendant Robert B. Pincus accepted service on March 17, 2017.

2. Plaintiffs' Complaint in this action raises the question whether 8 Del. C. § 226, as construed and applied by the Delaware Court of Chancery and the Delaware Supreme Court in interlocutory decisions, to authorize the forced sale of

the Plaintiffs' personal property – shares of stock in a Delaware corporation – constitutes a taking without a public use or public purpose in violation of the Fifth and Fourteenth Amendments of the United States Constitution, and a violation of the Plaintiffs' Due Process rights in violation of the Fourteenth Amendment to the United States Constitution.

3. On March 28, 2017, and pursuant to Rule 5.1(a)(1)(B), Plaintiffs served this Notice on the Attorney General of the State of Delaware with a copy of the Summons and Complaint in this action by hand-delivery.

**FINGER AND SLANINA, LLC**

*/s/David L. Finger*
David L. Finger (I.D. # 2556)
One Commerce Center
1201 North Orange Street, 7th Fl.
Wilmington, Delaware 19801
Telephone: (302) 572-2525
*Attorneys for Plaintiff*
*Philip R. Shawe*

**COOCH AND TAYLOR, PA**

*/s/Jeremy D. Eicher*
Jeremy D. Eicher (I.D. # 5093)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-3800
*Attorneys for Plaintiff*
*Shirley Shawe*

Co-Counsel:

David B. Goldstein, Esquire
Eric M. Lieberman, Esquire
RABINOWITZ, BOUDIN, STANDARD, KRINSKY & LIEBERMAN, P.C.
61 Broadway, 18th Floor
New York, New York 10006
(212) 254-1111

Adam K. Grant, Esquire
POLSINELLI PC
600 3rd Ave
New York, NY 10016
Telephone: (212) 413-2833

AND

dgoldstein@rbskl.com
elieberman@rbskl.com
*Attorneys for Plaintiff Philip R. Shawe*

Alan M. Dershowitz, Esquire
1525 Massachusetts Avenue
Cambridge, MA 02138
*Attorneys for Plaintiff Shirley Shawe*

Dated: March 28, 2017